**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| ROBERT NICHOLS; JAMES CARLTON; DAUNA PATEL; RAVINDRA PATEL; PAM REID; ROBERT REID; ESTELLA RENO; WILLIAM E. RENO; JANET ROGERS; LINDA SNOW; GEORGE STEPHENS; GAYLE M. STEPHENS; RONALD TAYLOR; GEORGE WEST; JESSIE WEST; HARRY WINN; and CAROLYN WINN,<br><br>           Plaintiffs,<br><br>    v.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. 3:11-cv-04748-JW<br>[State Case No. CGC-11-513627]<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (L.R. 6-1) RE THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION**<br><br>Complaint served: August 29, 2011<br>Removal Date: September 22, 2011<br>Current Response Date: October 29, 2011<br>Agreed Response Date: after ruling on<br>                                    pending motions |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Thomas P. Schmalzried, M.D., A Professional Corporation ("Defendant") hereby requests, and Plaintiffs Robert Nichols; James Carlton; Dauna Patel; Ravindra Patel; Pam Reid; Robert Reid; Estella Reno; William E. Reno; Janet Rogers; Linda Snow; George Stephens;

1 | Gayle M. Stephens; Ronald Taylor; George West; Jessie West; Harry Winn; And Carolyn Winn
2 | ("Plaintiffs") hereby agree to Defendant's request, for an extension of time for Defendant to file
3 | a response to Plaintiffs' Complaint as follows:
4 |     WHEREAS, Plaintiffs' Complaint was filed in state court on August 24, 2011 and
5 | Defendant was served on or about August 29, 2011;
6 |     WHEREAS, this matter was removed to this court on September 22, 2011;
7 |     WHEREAS, Defendant and Plaintiff previously stipulated to a 30-day extension of time
8 | for Defendant to respond up to October 29, 2011;
9 |     WHEREAS, since the above noted stipulation was filed, the following has occurred in
10 | this matter:
11 |     1)    A Conditional Transfer Order regarding the transfer of this matter to MDL
12 |         No. 2244, *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products*
13 |         *Liability Litigation*, was filed on October 11, 2011, which order was opposed by
14 |         Plaintiffs on October 12, 2011.  Plaintiffs' motion to vacate this order is due on
15 |         October 26, 2011 and DePuy's response is due November 16, 2011.
16 |     2)    On September 29, 2011, DePuy filed a Motion to Stay pending transfer to MDL
17 |         No. 2244, which Plaintiffs opposed on October 13, 2011.  The stay motion is set
18 |         for hearing on November 7, 2011.
19 |     3)    On October 3, 2011, Plaintiffs filed a Motion to Remand this action to the
20 |         Superior Court for the County of San Francisco.  DePuy Opposed the motion on
21 |         October 17, 2011.  The remand motion is set for hearing on November 7, 2011.
22 |     WHEREAS, all of the issues described above remain unresolved at present, leaving
23 | doubt as to which court this matter will ultimately be litigated in and what manner of response
24 | would be consistent with the rules and procedures of that court.
25 |     WHEREAS, Defendant requests an extension of time to respond to Plaintiffs' complaint
26 | until such time as the venue and jurisdiction of this matter is resolved, and Plaintiffs have agreed.
27 | In addition to avoiding unnecessary confusion and additional complication while the pending
28 | motions and issues are addressed and resolved, this extension will also allow the parties

1 sufficient time and opportunity to further meet and confer on the claims and causes of action
2 asserted in the complaint with the goal of potentially avoiding future motions by Defendant,
3 partially in light of the resolution of the issues already pending.  Thus, this extension of time
4 allows this Court to resolve these issues of jurisdiction and venue before Defendant responds to
5 the Complaint.
6      THEREFORE, the parties agree that the response of Defendant Thomas P. Schmalzried,
7 A Professional Corporation to the Complaint shall be due at the earlier of these two potential
8 days:
9   1. 20 days after the United States Judicial Panel on Multidistrict Litigation rules on
10     whether to transfer this matter to MDL No. 2244, *In Re: DePuy Orthopaedics, Inc.,*
11     *Pinnacle Hip Implant Products Liability Litigation*; or,
12   2. 30 days after this Court grants Plaintiffs' Motion to Remand, if such a ruling occurs.

**IT IS SO ORDERED.**

DATED: October 27, 2011

_____
**Judge of the United States District Court**